IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DAVID ANDERSON,

    Plaintiff,

v.

                                                  Case No. 18-cv-706.jdp

SELECT PORTFOLIO SERVICING, INC.,

    Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Select Portfolio Servicing, Inc. compelling arbitration and dismissing the case without prejudice.

Approved as to form this ____4____ day of April, 2019.

_____
James D. Peterson
District Judge

_____                                    4/4/19
Peter Oppeneer, Clerk of Court                              Date